UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| | : | |
| Jacqueline C Cullison | : | Case No.: 19-17128-amc |
| | : | |
| Debtor | : | Chapter 13 |

## MOTION TO RECONSIDER THE NOVEMBER 10, 2020 ORDER DISMISSING THE CHAPTER 13 CASE

Comes Now, Jacqueline C. Cullison, hereinafter referred to as "Debtor" and move this Honorable Court to vacate its November 10, 2020 Order Dismissing the instant matter and in support thereof aver the following:

1. The above captioned bankruptcy matter was filed as a Chapter 13 on or about November 13, 2019.

2. The Chapter 13 bankruptcy matter was assigned case number 19-17128.

3. The Chapter 13 Plan was confirmed by this Honorable Court on August 18, 2020.

4. On September 28, 2020, the Chapter 13 Trustee filed a Motion to Dismiss the instant matter for failure to make timely and regular Chapter 13 payments.

5. In furtherance of the Trustee's Motion, the instant matter was dismissed on November 10, 2020.

6. The Debtor paid all sums due and owing to the Trustee which posted to her Trustee account on November 10, 2020.

7. The Debtor is desirous of continuing to make regular and monthly Chapter 13 Plan payments and will cure all sums due and owing to the trustee by or before the date of the hearing on this subject Motion.

**WHEREFORE**, for the reasons stated herein, the Debtor respectfully requests that this Honorable Court Reconsider its November 10, 2020 Order dismissing the instant matter.

Dated: December 4, 2020

Respectfully submitted,

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107