UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| Jacqueline C Cullison | : | Case No.: 19-17128-amc |
| Debtor | : | Chapter 13 |

## ORDER

AND NOW, this ____ day of _____ 2020, upon consideration of the Motion to Reconsider the November 10, 2020 Order Dismissing the instant Bankruptcy matter, it is hereby;

ORDERED and DECREED that the motion is GRANTED and the Order of this Court dated November 10, 2020 Dismissing the case is vacated;

~~FURTHER ORDERED:~~

**Date: January 6, 2021**

Ashely M. Chan
U.S. Bankruptcy Judge