**Fill in this information to identify the case:**

Debtor 1    Jacqueline C Cullison

Debtor 2

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number :    19-17128-amc

Form 4100R

# Response to Notice of Final Cure Payment                10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1:    Mortgage Information

**Name of creditor:**  NewRez LLC d/b/a Shellpoint Mortgage Servicing        **Court claim no.**        **16**
                                                                              (if known):

**Last 4 digits** of any number you use to identify the debtor's account:  **4848**

**Property Address:**    35 Inland Road
                         Levittown, PA 19057

### Part : 2    Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $0.00

### Part 3:    Postpetition Mortgage Payment

*Check one:*

[ ] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

   The next postpetition payment from the debtor(s) Is due on:

[X] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                            (a) $ 95,459.80

b. Total fees, charges, expenses, escrow, and costs outstanding:      +(b) $ -505.34 suspense

c. **Total**. Add lines a and b.

Creditor asserts that the debtor(s) are contractually              (c) $ **94,954.46**
obligated for the postpetition payment(s) that first became
due on:                              2020-07-01

Debtor 1  Jacqueline C Cullison  
        First Name    Middle Name    Last Name

Case number (if known)  19-17128-amc

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*

[ ] I am the creditor.

[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

/s/ Joshua I. Goldman  
Signature

Date: 02/26/2025

Print: Joshua I. Goldman  
Title: Authorized Agent for Creditor

Company: Padgett Law Group

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 6267 Old Water Oak Road, Suite 203  
Tallahassee FL, 32312

Contact phone: (850) 422-2520  
Email: plginquiries@padgettlawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In Re;

**Jacqueline C Cullison**                                          Case No.: 19-17128-amc

**Debtor(s)**                                                      Chapter: 13

**CERTIFICATE OF SERVICE**

I, hereby certify that on 02/26/2025 a true and correct copy of the foregoing document was served via United States Mail with adequate prepaid postage and/or electronically via the Court's ECF system:

Service by U.S. First Class Mail

Debtor
Jacqueline C Cullison
35 Inland Road
Levittown, PA 19057

By Electronic Mail

Attorney for Debtor
BRAD J. SADEK
Sadek Law Offices, LLC
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102

Trustee
KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

US Trustee
United States Trustee
Office of the U.S. Trustee
Robert N.C. Nix Federal Building
Suite 320
Philadelphia, PA 19107

                                                      /s/ Joshua I. Goldman
                                                      _____
                                                      Joshua I. Goldman

| Debtor | Cullison |
|---|---|
| Account # | |
| Case # | 19-17128-amc |
| Filing Date | 11/13/2019 |
| First Post Due Date | 12/1/2019 |
| Post Admin Claim? | No |
| Post Admin Start | |
| As of | |
| Loan Type | |
| Claim # | |
| Acquisition date | |
| Audit Date | 2/19/2025 |

| Payment Changes | Eff Date | P & I | Escrow | Other | Total |
|---|---|---|---|---|---|
| POC | 12/1/2019 | $ 962.24 | $ 623.35 | | $ 1,585.59 |
| Change #1 | 12/1/2020 | $ 962.24 | $ 862.97 | | $ 1,825.21 |
| Change #2 | 1/1/2021 | $ 962.24 | $ 860.06 | | $ 1,822.30 |
| Change #3 | 1/1/2022 | $ 962.24 | $ 663.07 | | $ 1,625.31 |
| Change #4 | 1/1/2023 | $ 962.24 | $ 735.89 | | $ 1,698.13 |
| Change #5 | 1/1/2024 | $ 962.24 | $ 741.04 | | $ 1,703.28 |
| Change #6 | 1/1/2025 | $ 962.24 | $ 796.96 | | $ 1,759.20 |
| Change #7 | | | | | $ - |
| Change #8 | | | | | $ - |
| Change #9 | | | | | $ - |
| Change #10 | | | | | $ - |
| Change #11 | | | | | $ - |
| Change #12 | | | | | $ - |
| Change #13 | | | | | $ - |
| Change #14 | | | | | $ - |
| Change #15 | | | | | $ - |
| Change #16 | | | | | $ - |
| Change #17 | | | | | $ - |
| Change #18 | | | | | $ - |

| Month | Amounts Due P & I | Escrow | Total | Post Funds Received Date | Amount | Difference | | Payments Due | Pymt Amts Due |
|---|---|---|---|---|---|---|---|---|---|
| Dec-19 | 962.24 | 623.35 | 1585.59 | 11/25/2019 | 1,620.00 | -34.41 | 0.00 | | |
| Jan-20 | 962.24 | 623.35 | 1585.59 | 01/16/2020 | 500.00 | 1085.59 | 0.00 | | |
| Feb-20 | 962.24 | 623.35 | 1585.59 | 01/16/2020 | 500.00 | 1085.59 | 0.00 | | |
| Mar-20 | 962.24 | 623.35 | 1585.59 | 01/16/2020 | 400.00 | 1185.59 | 0.00 | | |
| Apr-20 | 962.24 | 623.35 | 1585.59 | 01/21/2020 | 227.00 | 1358.59 | 0.00 | | |
| May-20 | 962.24 | 623.35 | 1585.59 | 02/24/2020 | 500.00 | 1085.59 | 0.00 | | |
| Jun-20 | 962.24 | 623.35 | 1585.59 | 02/24/2020 | 500.00 | 1085.59 | 0.00 | | |
| Jul-20 | 962.24 | 623.35 | 1585.59 | 02/24/2020 | 500.00 | 1085.59 | 0.00 | 7/1/2020 | 1585.59 |
| Aug-20 | 962.24 | 623.35 | 1585.59 | 02/24/2020 | 120.00 | 1465.59 | 0.00 | 8/1/2020 | 1585.59 |
| Sep-20 | 962.24 | 623.35 | 1585.59 | 03/24/2020 | 500.00 | 1085.59 | 0.00 | 9/1/2020 | 1585.59 |
| Oct-20 | 962.24 | 623.35 | 1585.59 | 03/24/2020 | 500.00 | 1085.59 | 0.00 | 10/1/2020 | 1585.59 |
| Nov-20 | 962.24 | 623.35 | 1585.59 | 03/24/2020 | 500.00 | 1085.59 | 0.00 | 11/1/2020 | 1585.59 |
| Dec-20 | 962.24 | 862.97 | 1825.21 | 03/24/2020 | 120.00 | 1705.21 | 0.00 | 12/1/2020 | 1825.21 |
| Jan-21 | 962.24 | 860.06 | 1822.30 | 05/14/2020 | 962.24 | 860.06 | 0.00 | 1/1/2021 | 1822.30 |
| Feb-21 | 962.24 | 860.06 | 1822.30 | 05/14/2020 | 623.35 | 1198.95 | 0.00 | 2/1/2021 | 1822.30 |
| Mar-21 | 962.24 | 860.06 | 1822.30 | 05/14/2020 | 14.41 | 1807.89 | 0.00 | 3/1/2021 | 1822.30 |
| Apr-21 | 962.24 | 860.06 | 1822.30 | 01/23/2021 | 623.35 | 1198.95 | 0.00 | 4/1/2021 | 1822.30 |
| May-21 | 962.24 | 860.06 | 1822.30 | 01/23/2021 | 623.35 | 1198.95 | 0.00 | 5/1/2021 | 1822.30 |
| Jun-21 | 962.24 | 860.06 | 1822.30 | 01/23/2021 | 791.06 | 1031.24 | 0.00 | 6/1/2021 | 1822.30 |
| Jul-21 | 962.24 | 860.06 | 1822.30 | 01/23/2021 | 962.24 | 860.06 | 0.00 | 7/1/2021 | 1822.30 |
| Aug-21 | 962.24 | 860.06 | 1822.30 | 04/21/2022 | 443.67 | 1378.63 | 0.00 | 8/1/2021 | 1822.30 |
| Sep-21 | 962.24 | 860.06 | 1822.30 | | | 1822.30 | 0.00 | 9/1/2021 | 1822.30 |
| Oct-21 | 962.24 | 860.06 | 1822.30 | | | 1822.30 | 0.00 | 10/1/2021 | 1822.30 |
| Nov-21 | 962.24 | 860.06 | 1822.30 | | | 1822.30 | 0.00 | 11/1/2021 | 1822.30 |
| Dec-21 | 962.24 | 860.06 | 1822.30 | | | 1822.30 | 0.00 | 12/1/2021 | 1822.30 |
| Jan-22 | 962.24 | 663.07 | 1625.31 | credit | 73.80 | 1551.51 | 0.00 | 1/1/2022 | 1625.31 |
| Feb-22 | 962.24 | 663.07 | 1625.31 | | | 1625.31 | 0.00 | 2/1/2022 | 1625.31 |
| Mar-22 | 962.24 | 663.07 | 1625.31 | | | 1625.31 | 0.00 | 3/1/2022 | 1625.31 |
| Apr-22 | 962.24 | 663.07 | 1625.31 | | | 1625.31 | 0.00 | 4/1/2022 | 1625.31 |
| May-22 | 962.24 | 663.07 | 1625.31 | | | 1625.31 | 0.00 | 5/1/2022 | 1625.31 |
| Jun-22 | 962.24 | 663.07 | 1625.31 | | | 1625.31 | 0.00 | 6/1/2022 | 1625.31 |
| Jul-22 | 962.24 | 663.07 | 1625.31 | | | 1625.31 | 0.00 | 7/1/2022 | 1625.31 |
| Aug-22 | 962.24 | 663.07 | 1625.31 | | | 1625.31 | 0.00 | 8/1/2022 | 1625.31 |
| Sep-22 | 962.24 | 663.07 | 1625.31 | | | 1625.31 | 0.00 | 9/1/2022 | 1625.31 |
| Oct-22 | 962.24 | 663.07 | 1625.31 | | | 1625.31 | 0.00 | 10/1/2022 | 1625.31 |
| Nov-22 | 962.24 | 663.07 | 1625.31 | | | 1625.31 | 0.00 | 11/1/2022 | 1625.31 |
| Dec-22 | 962.24 | 663.07 | 1625.31 | | | 1625.31 | 0.00 | 12/1/2022 | 1625.31 |
| Jan-23 | 962.24 | 735.89 | 1698.13 | | | 1698.13 | 0.00 | 1/1/2023 | 1698.13 |
| Feb-23 | 962.24 | 735.89 | 1698.13 | | | 1698.13 | 0.00 | 2/1/2023 | 1698.13 |
| Mar-23 | 962.24 | 735.89 | 1698.13 | | | 1698.13 | 0.00 | 3/1/2023 | 1698.13 |
| Apr-23 | 962.24 | 735.89 | 1698.13 | | | 1698.13 | 0.00 | 4/1/2023 | 1698.13 |
| May-23 | 962.24 | 735.89 | 1698.13 | | | 1698.13 | 0.00 | 5/1/2023 | 1698.13 |
| Jun-23 | 962.24 | 735.89 | 1698.13 | | | 1698.13 | 0.00 | 6/1/2023 | 1698.13 |
| Jul-23 | 962.24 | 735.89 | 1698.13 | | | 1698.13 | 0.00 | 7/1/2023 | 1698.13 |
| Aug-23 | 962.24 | 735.89 | 1698.13 | | | 1698.13 | 0.00 | 8/1/2023 | 1698.13 |
| Sep-23 | 962.24 | 735.89 | 1698.13 | | | 1698.13 | 0.00 | 9/1/2023 | 1698.13 |
| Oct-23 | 962.24 | 735.89 | 1698.13 | | | 1698.13 | 0.00 | 10/1/2023 | 1698.13 |
| Nov-23 | 962.24 | 735.89 | 1698.13 | | | 1698.13 | 0.00 | 11/1/2023 | 1698.13 |
| Dec-23 | 962.24 | 735.89 | 1698.13 | | | 1698.13 | 0.00 | 12/1/2023 | 1698.13 |
| Jan-24 | 962.24 | 741.04 | 1703.28 | | | 1703.28 | 0.00 | 1/1/2024 | 1703.28 |
| Feb-24 | 962.24 | 741.04 | 1703.28 | | | 1703.28 | 0.00 | 2/1/2024 | 1703.28 |
| Mar-24 | 962.24 | 741.04 | 1703.28 | | | 1703.28 | 0.00 | 3/1/2024 | 1703.28 |
| Apr-24 | 962.24 | 741.04 | 1703.28 | | | 1703.28 | 0.00 | 4/1/2024 | 1703.28 |
| May-24 | 962.24 | 741.04 | 1703.28 | | | 1703.28 | 0.00 | 5/1/2024 | 1703.28 |
| Jun-24 | 962.24 | 741.04 | 1703.28 | | | 1703.28 | 0.00 | 6/1/2024 | 1703.28 |
| Jul-24 | 962.24 | 741.04 | 1703.28 | | | 1703.28 | 0.00 | 7/1/2024 | 1703.28 |
| Aug-24 | 962.24 | 741.04 | 1703.28 | | | 1703.28 | 0.00 | 8/1/2024 | 1703.28 |
| Sep-24 | 962.24 | 741.04 | 1703.28 | | | 1703.28 | 0.00 | 9/1/2024 | 1703.28 |
| Oct-24 | 962.24 | 741.04 | 1703.28 | | | 1703.28 | 0.00 | 10/1/2024 | 1703.28 |
| Nov-24 | 962.24 | 741.04 | 1703.28 | | | 1703.28 | 0.00 | 11/1/2024 | 1703.28 |
| Dec-24 | 962.24 | 741.04 | 1703.28 | | | 1703.28 | 0.00 | 12/1/2024 | 1703.28 |
| Jan-25 | 962.24 | 796.96 | 1759.20 | | | 1759.20 | 0.00 | 1/1/2025 | 1759.20 |
| Feb-25 | 962.24 | 796.96 | 1759.20 | | | 1759.20 | 0.00 | 2/1/2025 | 1759.20 |
| | | | $ 60,621.12 | $ 45,937.81 | $106,558.93 Amount Paid | $ 11,604.47 | $ 94,954.46 | $ - | 7/1/2020 $ 95,459.80 |

Post Petition Due Date 7/1/2020  
Amount Due $ 94,954.46  
Debtor Suspense $ 505.34

OUTSTANDING Costs and FEES

| Date | Amount | Description |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |